*James S. Tobin* for appellant.

*Arthur K. Garfinkel, Robert Markewich* and *John R. Harold* for respondent.

Order affirmed, with costs. Question certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

NATIONAL BLOUSE CORPORATION, Appellant, *v.* ALFRED FELSON et al., Copartners Doing Business under the Name of ALFRED FELSON, Respondents.

Argued April 5, 1949; decided April 20, 1949.

*Emmet L. Holbrook* and *Joseph Haskell* for appellant.

*Joseph Fennelly, Jr., Clarence E. Horn, Jr.,* and *Martin J. Kelly, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.